LAW OFFICES
# KOLLMAN & SAUCIER, P.A.

FRANK L. KOLLMAN
PETER S. SAUCIER
DARRELL R. VanDEUSEN
CLIFFORD B. GEIGER
PATRICK J. STEWART
BRUCE M. LUCHANSKY
ANTHONY P. PALAIGOS

THOMAS A. BOWDEN
DESMOND T. McILWAIN
LAURA L. HOPPENSTEIN

8TH FLOOR, SUN LIFE BUILDING
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3225

www.kollmanlaw.com

BALTIMORE
(410) 727-4300

WASHINGTON
(202) 408-0274

TELECOPIER
(410) 727-4391

February 12, 2002

The Honorable Benson E. Legg
United States District Court
  for the District of Maryland
101 W. Lombard Street, Chambers 3D
Baltimore, Maryland 21201

   Re: **Paul H. Allred v. First Union National Bank**
     **Civil Action No. L 01 CV 2995**

Dear Judge Legg:

  The above-captioned matter is pending before you on Defendant First Union's October 16, 2001 motion to compel arbitration, based upon Mr. Allred's Form U-4 agreement to arbitrate employment matters through the National Association of Securities Dealers (NASD).

  I have been informed by the NASD, and confirmed with Mr. Allred's counsel James McFaul, that a demand for arbitration recently has been filed by Mr. Allred and received by the NASD. As such, the matter will proceed in the arbitral forum.

  I have asked Mr. McFaul if he intends to voluntarily dismiss the action before you as it is now moot. He does not intend to do so. It does appear, however, that the matter should now be dismissed, and that no further action is required by this Court. Thank you for your consideration.

         Very truly yours,

         Darrell R. VanDeusen

cc: James McFaul, Esquire

*[Handwritten note:]* ORDER: If Mr. Allred opposes dismissal without prejudice then his response to this request is due by March 20, 2002. If no response is received the case will be dismissed, albeit without prejudice.

B. Legg
3/8/02
USDJ