IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL H. ALLRED | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.: L-01-2995 |
| | * | |
| FIRST UNION NATIONAL BANK | | |
| Defendant | * | |

\*\*\*\*\*\*

### ORDER

In a marginal order dated March 8, 2002, plaintiff's counsel was to file an opposition on or before March 20, 2002, to defendant's request to dismiss this case, and the plaintiff not having filed such an opposition, it is, this _22nd_ day of March, 2002,

ORDERED that this action be dismissed without prejudice.

_____
Benson Everett Legg
United States District Judge

22

U.S. District Court (Rev. 1/2000)